THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH MATEJKA et al., Appellants, *v.* JOSEPH K. BISTANY et al., Respondents.

(Argued October 18, 1928; decided November 20, 1928.)

*Herbert Plaut* for appellants.
*William Brennan, Jr.,* for respondents.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

SANFORD PETERS, Respondent, *v.* MACFADDEN PUBLICATIONS, INC., Appellant.

(Submitted October 18, 1928; decided November 20, 1928.)

*Joseph Schultz* for appellant.

*Max Tachna* for respondent.

 no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.